IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

HOPE THOMAS, *on behalf of herself*
*And others similarly situated*,   )
                                   )
Plaintiffs,                        )
                                   )
v.                                 )   CASE NO: 2:17-cv-0090-RWS
                                   )
SINGLETON FOOD SERVICES, INC.,     )
d/b/a SUBWAY; AND EDWARD           )
SINGLETON, JR.                     )
                                   )
Defendants.                        )
_____)

## ORDER APPROVING FLSA COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

Upon consideration of the Parties' Joint Motion [Doc. 101] for Approval of FLSA Collective Action Settlement and Dismissal with Prejudice, ("Joint Motion"), the Court hereby Grants the Joint Motion and approves the settlement between the Parties based on the following findings:

1. The Court has sufficient information to conclude that the settlement represents a fair, reasonable and adequate resolution of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*

2. The Court finds that the settlement was the product of arms-length negotiations between the Parties and their counsel.

WHEREFORE, the Court hereby ORDERS that the Joint Motion be and is

GRANTED; the settlement is APPROVED; and the claims of Plaintiff and all Opt-in Plaintiffs are DISMISSED WITH PREJUDICE. The court will retain jurisdiction over this matter to enforce the terms of the Parties' settlement agreement. [<u>See</u> Page 6 of the Settlement Agreement for the parties' signatures.]

So ordered this  16th  day of  March , 2021

_____
Honorable Richard W. Story
United States District Court Judge