IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| HOPE THOMAS, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SINGLETON FOOD SERVICES, INC., and J. Edward Singleton Jr.,<br><br>Defendants. | CIVIL ACTION NO.<br>2:17-CV-90-RWS |

## ORDER

Named Plaintiff Hope Thomas, on behalf of herself and others similarly situated, (collectively, the "Plaintiffs"), and Defendants Singleton Food Services, Inc., and J. Edward Singleton, Jr. (collectively, the "Judgment Defendants"), have consented, as evidenced by their executed and Court-approved Settlement Agreement (ECF No. 101-1), and agreed that Plaintiff shall have Judgment against J. Edward Singleton, Jr. on Plaintiffs' Complaint. Nothing in this Order relieves Singleton Food Services, Inc. of liability.

Plaintiffs, therefore, shall have judgment against J. Edward Singleton, Jr. in the amount of $263,969.54 (the "Judgment Amount"), which reflects the amount of

$600,000 less the amount already paid by Judgment Defendants as demonstrated by the Declaration of Plaintiffs' counsel. The Judgment Amount shall bear interest at the statutory post-judgment interest rate.

Pursuant to Fed. R. Civ. Pro. 54(b), the Court certifies this as a final judgment as between Plaintiffs and Defendant J. Edward Singleton.

SO ORDERED AND ADJUDGED this the 17th day of Jan., 2023

The Honorable Judge Richard W. Story
United States District Court
Northern District of Georgia
Gainesville Division